# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GUADAGNO, SUSAN G.　　　　　　　　§　Case No. 09-72572-TML
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY　　　　　, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

　　　U.S. Courthouse
　　　327 South Church Street
　　　Room 1100
　　　Rockford, IL  61101

　　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 02/11/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  01/20/2015          By:     /s/ STEPHEN G. BALSLEY
                                                                          Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GUADAGNO, SUSAN G. § | Case No. 09-72572-TML |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  500,000.00 |
| *and approved disbursements of* | $  179,814.79 |
| *leaving a balance on hand of* [1] | $  320,185.21 |
| **Balance on hand:** | $  320,185.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  320,185.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 14,198.64 | 0.00 | 14,198.64 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,509.00 | 0.00 | 4,509.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  18,967.64 |
| Remaining balance: | $  301,217.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $             0.00
Remaining balance:                                          $       301,217.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $             0.00
Remaining balance:                     $       301,217.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,453.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,819.72 | 0.00 | 4,819.72 |
| 2 | Discover Bank | 3,246.33 | 0.00 | 3,246.33 |
| 3 | Portfolio Recovery Associates, LLC | 5,686.03 | 0.00 | 5,686.03 |
| 4 | ELAN FINANCIAL SERVICES | 5,701.74 | 0.00 | 5,701.74 |

Total to be paid for timely general unsecured claims:  $        19,453.82
Remaining balance:                                    $       281,763.75

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 165.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 165.06 | 0.00 | 165.06 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 165.06 |
| Remaining balance: | $ 281,598.69 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 281,598.69 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $571.55. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 281,027.14.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-72572-TML
Susan G. Guadagno                                                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith            Page 1 of 2          Date Rcvd: Jan 21, 2015
                             Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2015.
```
db         +Susan G. Guadagno,    10456 Dawson STreet,    Huntley, IL 60142-9019
14076267    Alexian Bros Medical Center,    Lock Box 22589/22589 Network Place,    Chicago, IL 60673-1225
14076268   +Alexian Brothers Medical Center,    Lock Box 22589,    Chicago, IL 60673-0001
14076269    Capital One Bank. N.A.,    POb 6492,    Carol Stream, IL 60197-6492
14076270    Cardmember Services,    POB 15153,    Wilmington, DE 19886-5153
22496036    Chase Bank USA, N.A.,    Attn: Correspondence Dept,    POB 15298,    Wilmington DE 19850-5298
22498686   +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,    Barnes & Thornburg LLP,,
             1 North Wacker Drive, Suite 4400,,    Chicago, IL 60606-2841
14207682   +Direct Loans US Dept of Education,    POB 530260,    Atlanta, GA 30353-0260
14076273    Elk Grove Cardiology Associates,    520 W. 22nd Street,    Lombard, IL 60148
14076274    Elk Grove Lab PHys,    Dept. 77-9154,    Chicago, IL 60678-0001
14076275    Elk Grove Lab Physians,    Dept. 77-9154,    Chicago, IL 60678-0001
14076276    First National Bank of Omaha,    POB 2557,    Omaha, NE 68103-2557
14076279    HSBC Card Services,    POB 37281,    Baltimore, MD 21297-3281
14076280    Menard - Retail SErvices,    POB 17602,    Baltimore, MD 21297-1602
14076281    Midwest Bank,    POB 790408,    Saint Louis, MO 63179-0408
14076282   +Midwest Bank & Trust Company,    2045 E. Algonquin Road,    Algonquin, IL 60102-9603
14076283   +National City Mortgage,    1308 Macon Drive,    Naperville, IL 60564-9355
14076284    Neopoath, SC,    520 W. 22nd Street,    Lombard, IL 60148
19398717   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Gm,    POB 41067,
             Norfolk VA 23541)
14076286    St. Alexius Medical Center,    21219 Network Place,    IL 60683-1212
19451128   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  ELAN FINANCIAL SERVICES,    AS SERVICER FOR MIDWEST BANK & TRUST,
             BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
14076287    WFNNB-Dress Barn,    POB 659704,    San Antonio, TX 78265-9704
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14076271     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2015 02:35:45     Discover,    POB 6103,
             Carol Stream, IL 60197-6103
19321925     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2015 02:35:44     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
14235852     E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2015 02:35:09     GE Money Bank,
             c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
             Miami FL 33131-1605
14076277    +E-mail/Text: bkynotice@harvardcollect.com Jan 22 2015 02:32:31
             Harvard Collection Services, Inc.,    4839 N. Elston AVenue,    Chicago, IL 60630-2589
14076278    +E-mail/Text: bkynotice@harvardcollect.com Jan 22 2015 02:32:31
             Harvard Collections SErvices, Inc.,    4839 N. Elston AVenue,    Chicago, IL 60630-2589
14076285     E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2015 02:33:54     Sam's Club Discover,    POb 960013,
             Orlando, FL 32896-0013
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14076272*     Discover,   POB 6103,   Carol Stream, IL 60197-6103
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Jan 21, 2015
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2015 at the address(es) listed below:

        Bonnie L Macfarlane    on behalf of Debtor Susan G. Guadagno maclawfirm@aol.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
        Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com

        TOTAL: 4