**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GUADAGNO, SUSAN G.             § Case No. 09-72572-TML
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $255,500.00                Assets Exempt: $28,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,190.43    Claims Discharged
                                               Without Payment: $121,588.03

Total Expenses of Administration: $198,782.43

---

   3) Total gross receipts of $ 500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 281,027.14 (see **Exhibit 2**), yielded net receipts of $218,972.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $213,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 198,782.43 | 198,782.43 | 198,782.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 140,071.79 | 20,190.43 | 20,190.43 | 20,190.43 |
| **TOTAL DISBURSEMENTS** | $353,571.79 | $218,972.86 | $218,972.86 | $218,972.86 |

4) This case was originally filed under Chapter 7 on June 23, 2009. The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2015          By: /s/STEPHEN G. BALSLEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Products Liability Claim - hip replacement | 1249-000 | 500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GUADAGNO, SUSAN G. | Dividend paid 100.00% on $281,027.14; Claim# SURPLUS; Filed: $281,027.14; Reference: | 8200-002 | 281,027.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$281,027.14** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Midwest Bank & Trust Company | 4110-000 | 13,500.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$213,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 14,198.64 | 14,198.64 | 14,198.64 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,509.00 | 4,509.00 | 4,509.00 |
| U.S. ASR Hip Settlement | 3210-600 | N/A | 166,666.67 | 166,666.67 | 166,666.67 |
| U.S. ASR Hip Settlement | 3220-610 | N/A | 13,025.27 | 13,025.27 | 13,025.27 |
| Rabobank, N.A. | 2600-000 | N/A | 122.85 | 122.85 | 122.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$198,782.43** | **$198,782.43** | **$198,782.43** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,603.18 | 4,819.72 | 4,819.72 | 4,819.72 |
| 1I | Discover Bank | 7990-000 | N/A | 140.41 | 140.41 | 140.41 |
| 2 | Discover Bank | 7100-000 | 3,058.00 | 3,246.33 | 3,246.33 | 3,246.33 |
| 2I | Discover Bank | 7990-000 | N/A | 94.57 | 94.57 | 94.57 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 5,448.86 | 5,686.03 | 5,686.03 | 5,686.03 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 165.65 | 165.65 | 165.65 |
| 4 | ELAN FINANCIAL SERVICES | 7100-000 | 5,211.66 | 5,701.74 | 5,701.74 | 5,701.74 |
| 4I | ELAN FINANCIAL SERVICES | 7990-000 | N/A | 166.11 | 166.11 | 166.11 |
| 5 | Chase Bank USA, N.A. | 7200-000 | 162.06 | 165.06 | 165.06 | 165.06 |
| 5I | Chase Bank USA, N.A. | 7990-000 | N/A | 4.81 | 4.81 | 4.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First National Bank of Omaha | 7100-000 | 2,239.95 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection Services, Inc. | 7100-000 | 229.30 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physians | 7100-000 | 367.75 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collections SErvices, Inc. | 7100-000 | 59.95 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab PHys | 7100-000 | 57.95 | N/A | N/A | 0.00 |
| NOTFILED | Neopoath, SC | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | Menard - Retail SErvices | 7100-000 | 138.20 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB-Dress Barn | 7100-000 | 158.11 | N/A | N/A | 0.00 |
| NOTFILED | Direct Loans US Dept. of Education | 7100-000 | 3,915.77 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 312.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Cardiology Associates | 7100-000 | 10.47 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Discover | 7100-000 | 9,944.04 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 7100-000 | 64,759.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank. N.A. | 7100-000 | 5,007.54 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Bros Medical Center | 7100-000 | 34,281.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $140,071.79 | $20,190.43 | $20,190.43 | $20,190.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72572-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** GUADAGNO, SUSAN G.  **Filed (f) or Converted (c):** 06/23/09 (f)
  **§341(a) Meeting Date:** 07/30/09
**Period Ending:** 04/24/15  **Claims Bar Date:** 11/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  10456 Dawson, Huntley, IL 60142 | 226,000.00 | 0.00 | | 0.00 | FA |
| 2  average daily cash on monthly basis | 100.00 | 0.00 | | 0.00 | FA |
| 3  Midwest Bank - checking and savings account | 600.00 | 0.00 | | 0.00 | FA |
| 4  Furniture - living room and bedroom used | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  personal clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6  Prudential policy with beneficiaries are three ch | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  401(k) | 22,000.00 | 0.00 | | 0.00 | FA |
| 8  2008 Tax Refund | 3,200.00 | 0.00 | | 0.00 | FA |
| 9  2002 Saturn - 98,000 miles - no lien | 1,500.00 | 0.00 | | 0.00 | FA |
| 10  Products Liability Claim - hip replacement (u)  See Order to Compromise Controversy entered 10/15/14. | Unknown | 50,000.00 | | 500,000.00 | FA |
| **10 Assets Totals** (Excluding unknown values) | **$255,500.00** | **$50,000.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** January 8, 2015 (Actual)

Printed: 04/24/2015 01:31 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-72572-TML  
**Case Name:** GUADAGNO, SUSAN G.  
**Taxpayer ID #:** **-***2411  
**Period Ending:** 04/24/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $598,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/22/14 | | U.S. ASR Hip Settlement | Settlement of the claim against DePuy Orthopaedics pursuant to Order to Compromise Controversy entered October 15, 2014 | | | 320,308.06 | | 320,308.06 |
| | {10} | | Total Settlement from DePuy Orthopaedics | 500,000.00 | 1249-000 | | | 320,308.06 |
| | | | Attorney Fees (1/3) to Special Counsel | -166,666.67 | 3210-600 | | | 320,308.06 |
| | | | Expenses to Special Counsel | -13,025.27 | 3220-610 | | | 320,308.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 122.85 | 320,185.21 |
| 02/12/15 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | | 2700-000 | | 260.00 | 319,925.21 |
| 02/12/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,509.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 4,509.00 | 315,416.21 |
| 02/12/15 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $14,198.64, Trustee Compensation;  Reference: | | 2100-000 | | 14,198.64 | 301,217.57 |
| 02/12/15 | 104 | GUADAGNO, SUSAN G. | Dividend paid 100.00% on $281,027.14; Claim# SURPLUS; Filed: $281,027.14; Reference: | | 8200-002 | | 281,027.14 | 20,190.43 |
| 02/12/15 | 105 | Chase Bank USA, N.A. | Combined Check for Claims#5,5I | | | | 169.87 | 20,020.56 |
| | | | Dividend paid 100.00% on $165.06;  Claim# 5; Filed: $165.06 | 165.06 | 7200-000 | | | 20,020.56 |
| | | | Dividend paid 100.00% on $4.81;  Claim# 5I; Filed: $4.81 | 4.81 | 7990-000 | | | 20,020.56 |
| 02/12/15 | 106 | Discover Bank | Combined Check for Claims#1,2,1I,2I | | | | 8,301.03 | 11,719.53 |
| | | | Dividend paid 100.00% on $4,819.72;  Claim# 1; Filed: $4,819.72 | 4,819.72 | 7100-000 | | | 11,719.53 |
| | | | Dividend paid 100.00% on $3,246.33;  Claim# 2; Filed: $3,246.33 | 3,246.33 | 7100-000 | | | 11,719.53 |
| | | | Dividend paid 100.00% on $140.41;  Claim# 1I; Filed: $140.41 | 140.41 | 7990-000 | | | 11,719.53 |
| | | | Dividend paid 100.00% | 94.57 | 7990-000 | | | 11,719.53 |

Subtotals :   $320,308.06   $308,588.53

{} Asset reference(s)

Printed: 04/24/2015 01:31 PM   V.13.23

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72572-TML  
**Case Name:** GUADAGNO, SUSAN G.

**Taxpayer ID #:** **-***2411  
**Period Ending:** 04/24/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $94.57; Claim# 2I;<br>Filed: $94.57 | | | | |
| 02/12/15 | 107 | ELAN FINANCIAL SERVICES | Combined Check for Claims#4,4I | | | 5,867.85 | 5,851.68 |
| | | | Dividend paid 100.00%     5,701.74<br>on $5,701.74; Claim# 4;<br>Filed: $5,701.74 | 7100-000 | | | 5,851.68 |
| | | | Dividend paid 100.00%     166.11<br>on $166.11; Claim# 4I;<br>Filed: $166.11 | 7990-000 | | | 5,851.68 |
| 02/12/15 | 108 | Portfolio Recovery Associates, LLC | Combined Check for Claims#3,3I | | | 5,851.68 | 0.00 |
| | | | Dividend paid 100.00%     5,686.03<br>on $5,686.03; Claim# 3;<br>Filed: $5,686.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     165.65<br>on $165.65; Claim# 3I;<br>Filed: $165.65 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 320,308.06 | 320,308.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 320,308.06 | 320,308.06 | |
| | | | Less: Payments to Debtors | | | 281,027.14 | |
| | | | **NET Receipts / Disbursements** | | **$320,308.06** | **$39,280.92** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3966** | 320,308.06 | 39,280.92 | 0.00 |
| | $320,308.06 | $39,280.92 | $0.00 |